IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JAMES JOHNSON,

    Petitioner,                        No. CIV S-07-2347 LKK EFB P

    vs.

SISTO, Warden, et al.,

    Respondents.                  ORDER

_____/

    Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus together with an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 2254. Petitioner's application is deficient in that it lacks a certified copy of his trust account statement for the six-month period immediately preceding the filing of his petition. *See* 28 U.S.C. § 1915(a).

    Within 30 days from the day this order is served, petitioner may submit either the filing fee or a certified copy of his trust account statement for the six-month period immediately preceding the initiation of this action. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

    So ordered.

Dated: November 8, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE